**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-03006-REB-CBS

GERALD LIDDICK, and
SHERI LIDDICK,

      Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#37][1] filed September 23, 2014.  After reviewing the stipulation and the record, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

THEREFORE, **IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal With Prejudice** [#37] filed September 23, 2014, is **APPROVED**; and

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 23, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge